FILED
CLERK, U.S. DISTRICT COURT
APR 10 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LAMONTE SIMS-THUGTORIOUSG's ) CASE NO: 2:17-CV-09232-SVW-FFM
               Plaintiff, )
       V. ) [MOTION REQUESTING THE COURT ORDER THAT
YARDDOWNMUZIK, INC., et al. ) THE U.S. MARSHALLS SERVE THE AMENDED
          Defendants ) COMPLAINT UPON ALL THE DEFENDANTS]

    In compliance with the new case order, the plaintiff submits a list of the defendants numerically listed, and for the service providers that are defendants whom Plaintiff was able find are registered with the copyright office, Plaintiff has included the name of agent and/or contact information.. Due to the fact Plaintiff is a layman litigant, whom is indigent, incarcerated, and appearing in Pro-Se, it is impossible to research further information as to agents of defendants and meet the (90) calender days deadline to serve defendants. Incarcerated prisoners are not permitted internet access, and Plaintiff has no means or support to assist in the process of researching online (http://www.loc.gov/copyright/onlinesp/list)

(I)

1. the name of agents of the listed defendants, and/or contact information
2. of defendants, nor to serve complaint upon 214 defendants.
3. It is for these intents and purposes that Plaintiff requests that
4. The Court order that the U.S Marshalls serve the amended complaint
5. upon all of the defendants listed. (see attached "List Of Defendants")

(II)

# LIST OF DEFENDANTS

1] YOUTUBE/BROADBAND TV CORP.: (720)684-5375, JUDITH KEENE, ESQ ; DMCA@bbtv.com
1500-777 HORNBY STREET,       HOLZERIPLAIN, PC 216 16th STREET SUITE 1350
VANCOUVER, BC, CANADA, V6Z 2T3    DEN, CO, 80202

2] SOUNDCLOUD LIMITED:    CONTACT@SOUNDCLOUD.COM
RHEINSBERGER STR 76/77
10115 BERLIN

3] ITUNES/APPLE, INC.: (408)974-9994 SUE CARROLL; COPYRIGHTAGENT@APPLE.COM
1 INFINITE LOOP, M/S 3-TM,
CUPERTINO, CA, 95014

4] DATPIFF LLC: (610)679-9134 MARCUS FRASIER; DMCA@DATPIFF.COM
216 S. Centre Ave. Leesport, PA, 19533

5] HULKSHARE, LIMITED: (615)734-1188; RICHARD G. SANDERS JR - AARON & SANDERS, PLLC; 11 LEA AVE., Ste. 606, NASHVILLE, TN, 37210

6] HYPSTER         Info@baronsmedia.com
4111 W. AIEMEDA. BURBANK, CA, 91505

7] SPINLET    COPYRIGHT@SPINLET

8] REVERBNATION/eMINOR, INCORPORATED: (919)321-2268 ; Jean Christian Michel esq.
115 North DUKE STREET, SUITE 2-A, DURHAM, NC, 27701    PRIVACY@Reverbnation.com

9] AMAZON.COM (206)266-4064 ADRIAN GARVER; COPYRIGHT@AMAZON.COM
P.O. BOX 81226, SEATTLE, WASH, 98108

(II)

1. 10] SPOTIFY U.S.A, INC: JAMES DUFFET-SMITH, HEAD OF LICENSING BUSINESS AFFAIRS
2. 45 W. 18 STREET, 7th FLOOR, NEW YORK, NEW YORK
3. 11] SPOTIFY AB: REQERING SQATON 19, SE-111
4. SWEDEN, SE, 556703748501
5. 12] DEEZER/Blogmusik-S.A.S: (DANIEL MARHELY) DMCA@DEEZER.COM
6. 12 RUE d'Athenes 75009 PARIS FRANCE (0033) 155806900
7. 13] MUZOIC.ORG: SUPPORT@MUZOIC
8.
9. 14] HOTNEWHIPHOP.COM: LEGAL@HOTNEWHIPHOP. (URBANLINKMEDIA) DIANE ELTZE
10. (514) 507-1800; 220-5255 HENRI-BOURASSA O, MONTREAL, QC H4R 2M6, Canada
11. 15] MUSE.ORG/MUSEAMI, INC: (CRAIG BRUCE) DMCA@REVERBNATION.COM
12. (609) 917-3000 20 NASSAU ST, SUITE 250 E, PRINCETON, NJ, 08542 COPYRIGHT@MUSEAMI.COM
13. 16] CRIMELABMUSICGROUP:
14. 17] D.G.A.F RECORDS:
15. 18] YARDDOWNMUZIK, INC:
16. 19] THEMONEYTEAM/TheMoneyTeam.com: ATTN: TMTRETURNS 4616 W SAHARA AVE #238 LV, NV, 89012
17. 20] INSTAMP3.ME: DMCA@INSTAMP3
18. 21] YOUZEEK.COM: PRIVACY-feedback@youzeek.com
19. 22] MP3SUARA.BIZ/MP3SUARA.SITE: admin@mp3suara.site admin@MP3SUARA.SU
20. 23] MP3GOO.ONLINE: DMCA@MP3GOO.ONLINE
21. 24] PLAYRIFFSTATION.COM/FENDERMUSICINSTRUMENT:
22. 25] PLAYITHUB.COM/PLAYHUB.COM: CONTACT@PLAYHUB
23. 26] SONGX.PK/SONGX.S.PK:
24. 27] REDMP3.SU/METATRACKER.RU:
25. 28] BANDMINE.COM:
26. 29] MP3FREEFREE.COM:
27. 30] GLOBALVIDEOMUSIC.COM: TEMPORARILY UNAVAILABLE
28. 31] EMP3Z.COM:

(II)

1. 32] WIKIBIT.ME:
2. 33] SICCNESS.NET:
3. 34] STAMP3.COM:
4. 35] PLAYXEM.COM: INFO@PLAYXEM.COM
5. 36] LIVESHARE.ONELAGU.NET:
6. 37] GYFCAT.COM/OLDFASHIONEDOMERYJACKRABBIT:
7. 38] MTV.IT: VIACOM CEO-BOB BAKISH
8. 39] MUSIXMATCH.COM: COPYRIGHT@MUSIXMATCH.COM
9. 40] WESTPOPPN.COM: westpoppn@gmail.com
10. 41] KANYETOTHE.COM: Kanye West
11. 42] IMPERIYA.BY: SUPPORT@Imperiya.by
12. 43] MAKEAGIF.COM:
13. 44] FORUMISRP.COM:
14. 45] YTB.ME: Alphabet, Inc - CEO - Larry Page
15. 46] BLOG.APLIIQ.COM:
16. 47] ASK.FM: COMPANY#551873 (VAT#IE3323023RH) MEMBER OF E.U 6TH FLOOR, SOUTH BANKHOUSE BARROW STREET, DUBLIN 4, IRELAND: COPYRIGHT@ASK.FM COPYRIGHT AGENT EDISON LEGAL LTD 62 MOUNTCASTLE WYND KILWINNING KA13 6DH
17. 48] HPVIPZPRO.PRO:
18. 49] MP3FZ.COM:
19. 50] TOMCLIP.COM:
20. 51] MP3TAL.COM:
21. 52] THETV.INFO:
22. 53] NIKMC.INFO: Redmoon Limited: Avlonos 1 Mariahouse 1075, NICOSIA, CYPRUS
23. 54] AUCLIP.NET: Admin@Xemhbo.com
24. 55] MP3RAY.ONE: help.podbean.com
25. 56] FULLMUSICAMP3.COM:
26. 57] VTZMP3.LIVE/SUPERMP3.NET:
27. 58] IO2PHIM.COM:
28. 59] TSZMP3.COM:

(Y)

1. 60] EMRESANLI.COM:
2. 61] MP3TAKEBIZ.COM: MP3TAKE@YMAIL.COM ; MP3TAKE.LIVE (COPYRIGHT)
3. 62] MP3COOL2.COM:
4. 63] MP3EE.LIVE:
5. 64] TWICSY.COM:
6. 65] OQUIADACIDADE.COM:
7. 66] LOADMP4.COM:
8. 67] HAIMOINHAT.NET:
9. 68] HOPONPOPMUSIC.COM:
10. 69] THEAMARUGROUP.COM:
11. 70] MUSICREX.GA:
12. 71] PROSONGS.PK:
13. 72] MELODLIST.COM:
14. 73] IMUSICA.CRICKET:
15. 74] FOUND.HOST:
16. 75] VIDEO.YOUTUBELOOP.CLUB:
17. 76] YOUTUBEVIDEO3.ONLINE:
18. 77] TUBGET.COM:
19. 78] 4SLICK.NET:
20. 79] SBDTUBE.NET:
21. 80] ~~[redacted]~~ MUSICMARKET.TK:
22. 81] MUSICPLAYERDOWNLOAD.NET:
23. 82] MUSICMOVILES.COM:
24. 83] BAGASILAGU.INFO:
25. 84] SONGR.PK:
26. 85] SSMP3S.SITE:
27. 86] MP3MUSICDOWN.COM:
28. 87] LOUDTRONIX.COM:

(VI)

1. 88] MP3BE.CO:
2. 89] MP3TUNS.WS:
3. 90] MP3TO.CC/MP3TO.COM:
4. 91] MUSICPLEER.TECH:
5. 92] PTSNABETUBE.COOL:
6. 93] SVVM-AUTO.RU:
7. 94] DARKMP3.RU:
8. 95] DAILYMOTION.COM:
9. 96] KANDYMANPRODUCTIONS:
10. 97] MP3FREEFREE.COM:
11. 98] SONYMP3TUNES.COM:
12. 99] CHANNELSMP3.COM:
13. 100] ~~[redacted]~~ THEHOODUP.COM:
14. 101] FREEIMP3.FM:
15. 102] ARWAPMP3XYZ:
16. 103] MYGENSITE.COM:
17. 104] STSOFTINDIA.COM:
18. 105] LYRICMP3SKULL.ME:
19. 106] VALKRIANDESCENT.COM:
20. 107] TOPALBUMS.NET:
21. 108] VUVLIP.COM:
22. 109] GLOBALMUSIC.GA:
23. 110] MUSICHIT.INFO:
24. 111] WILMP3S.COM:
25. 112] MEEMIRA.COM:
26. 113] TUBIDY.MIX:
27. 114] TOPCHARTSMUSIC:
28. 115] WHAREFEPALEAUDIOSHOP.RU:

(VII)

1. [116] MP3HINDIEX.XYZ.COM:
2. [117] SONGMP3NEWSONG.COM:
3. [118] MP3FLOW.COM:
4. [119] UPLABME.COM:
5. [120] HDKINGME:
6. [121] A1OMP3.COM:
7. [122] KETLAKMP3.XYZ:
8. [123] MUSICNINJA.XYZ:
9. [124] BRIXCUS.ORG:
10. [125] ZOIMP3.COM:
11. [126] MP3SUARA.MOB:
12. [127] WSUMP3.COM:
13. [128] GOSONG.NET:
14. [129] 4SHRMP3.ORG:
15. [130] YOUSAFE.NET:
16. [131] VIDBLOGSPOT.WEB:
17. [132] ULTRAZONE.NET:
18. [133] SONGERXS.NET:
19. [134] MUSICMOVIES.COM:          PRIVACY@ MUSIC
20. [135] MP3REX.NET:
21. [136] SONGSSONYMP3:
22. [137] DOWNSOUNDCLOUD.COM
23. [138] EMP3E.COM
24. [139] FORUM.ISRP.IO7:
25. [140] UNITEDGANGS.COM:
26. [141] LASTAMP3X.COM:
27. [142] DCYOUTUBE.COM:
28. [143] NETFIND.COM:

(VIII)

1. 144] DAMNLYRICS.COM:
2. 145] THEGEBY.BLOGSPOT.COM:
3. 146] BILIBUN.COM:
4. 147] FREEMUSICDOWNLOADS.WORLD:
5. 148] RADIONOMY:
6. 149] PINTEREST.SE:
7. 150] HIPWIKI.COM:
8. 151] RU-CLIP.COM:
9. 152] HIPHOPDATABASE.WIKIA.COM:
10. 153] EMP3S.LIVE:
11. 154] JUGEM.JP>JP>VIGY VEKOG:
12. 155] SINEMAKO.TOP>CARI>VIDEO:
13. 156] PLUS.GOOGLE.COM:
14. 157] M4UFREE.VIDEO>VIDEO-MOVIE-YDM-SNEEZY:
15. 158] 201TUBE.COM>REV>HIT+YO+RICKY:
16. 159] HDMAZA.PW>VIDEO>PCCPhMOXnd8:
17. 160] HDWON.CAM>VIDEO:
18. 161] GAMESPOT:
19. 162] MUSICCOLLEGES.GQ:
20. 163] INCLIPS.NET:
21. 164] AUDIOSLACKR.COM:
22. 165] AIMP3.BIDS:
23. 166] IO2KIDS.COM:
24. 167] MP3.STOCKINFO:
25. 168] STREETGANGS.COM:
26. 169] CMLVRP>FORUM:
27. 170] AUDIOSLACR.XYZ:
28. 171] MP3BEY.COM:

(IX)

1. 172] MOBWONA.MOBI:
2. 173] VTSMP3.LIVE:
3. 174] PUJIVONOJI.XPQUOI.COM:BR>BRO:
4. 175] HDKEEP.NET/HDKEEP.ORG:
5. 176] GODTALY.COM:
6. 177] EMP3SONG.COM:
7. 178] THEPICTA.COM:
8. 179] TOTSIABPLAY.COM:
9. 180] BCOMUSIC.COM:
10. 181] AFRICABOXMUSIC.COM:
11. 182] ▓▓▓▓▓▓▓▓ AFTAPANCU:
12. 183] MORETHANBIG.COM:
13. 184] MUSICAVIVOO.ME:
14. 185] WOWMUSIK.TK:
15. 186] VMP4.ME:
16. 187] PLANETLAGU.ONLINE:
17. 188] AZMP3.INFO:
18. 189] GLPTUNE.COM:
19. 190] BNCLIP.COM:
20. 191] MUSICALBU.COM:
21. 192] ▓▓▓▓▓▓▓▓LAGUENAK.ONLINE:
22. 193] ZAINARINGO.NET:
23. 194] QKKV.GOV2P.TOP:
24. 195] SOUTHERNHOSPITALITY.UK>UK>BLOG:
25. 196] RUCLIP.COM
26. 197] PLANETLAGU.COM:
27. 198] MP3COOL2.BID:
28. 199] ZHONGQINGXUN.COM:

(X)

1. 200] LYRICMP3SKULL.ONLINE:
2. 201] SONGXS.PK:
3. 202] NIKMC.TOP:
4. 203] NIKMC.XYZ:
5. 204] WANTMP3NOW.COM:
6. 205] STAFABAND.CO/STAFABAND.INFO:
7. 206] ALBUMMP3SEARCH.TK:
8. 207] EMP3WS.NET:
9. 208] HMONG.DOWNLOAD:
10. 209] MP3LQS.COM:
11. 210] SSRADIO.ME:
12. 211] LAGUTERBARU.ME:
13. 212] KICKASS.TORRENT24.NET:
14. 213] DESCARGARMUSICA-MP3.COM:
15. 214] DTPYOUTUBE.COM:
16. 215] MORETHANIN.COM:
17. 216] GOOGLEPLAY/CarpeCompany: (Joel Klikberg) 1008 LAKE STREET, UNIT G; VENICE, CA, 90291   legal@thecarpesociety.ia
18. 217] WOW.COM/WIDE OPEN WEST: COPYRIGHT INFRINGEMENT (703)265-0094  AOLCOPYRIGHT@WOW.COM [FN]
19. 218] IKMC.COM:
20. 219] MP3.SOUNDTAKE.XYZ:
21. 220] MP3FREEX:
22. 221] VIDEOINFO.ORG:
23. 222] HDLOADS.COM/HDLOADS.PRO:
24. 223] THEINSTAMP3X.COM:
25. 224] MP3MUSICAS.COM:
26. 225] EMREJANTOS.COM:
27. 226] MP3.TATLI.BIZ:
28. 227] MUSIC PLEER TECH:

FN1 7887 EAST BELLEVIEW AVE, SUITE 1000  ENGLEWOOD, CA, 80111   (II)   FN2: 12741 O.G. SKINNER DR. WEST POINT, GA, 31833  abuse@WOWINC.COM   (JASON GRIGS)

1. ~~[REDACTED]~~ 228] TOPALBUM.ORG (812)855-8547 (BRENDA NELSON STRAUSS) 2805 EAST 10TH ST. BLOOMINGTON, IND, 47408
2. ~~[REDACTED]~~ 229] MP3FM.COM:
3. ~~[REDACTED]~~ 230] GENIUS MEDIA GROUP, INC. (BEN GROSS) (513)436-4879 DMCA@RAPGENIUS.COM
4. 184 KENT AVENUE. APT C 701, BKN, NY, 11249

XII

## DECLARATION IN SUPPORT OF MOTION

1. I La'Monte Deshawn Sims Sr who is the Plaintiff in this complaint,
2. who is C.E.O of Thugtorious G's the sole proprietorship and A.S.C.A.P affiliate of Active Chuckss Entertainment, which maintains exclusive rights ("exclusivity") of all recordings authored and/or performed by "Duse M's" (the pseudonym that La'Monte Sims Sr records and performs under) does on the 21st day of March declare that,
3. I am submitting "Motion To Amend Complaint for Copyright Infringement And Unfair Competition"; "Motion Seeking Preliminary Injunctive Relief Impounding Of Master And Copy Recordings, Records, Analytics of Digital Transmissions And Video Footage Of Infringed Recordings", and, "Motion Requesting The Court Order U.S. Marshalls Serve Complaint Upon All Defendants"; and,
4. I declare under penalty of perjury that I have stated all of the facts therein to the best of my understanding/recollection, and of my own volition.

In my own name do I sign and date

[signature]    3/21/18
Plaintiff      date

LaMonte Sims #AP1526
Kern Valley State Prison (B5 cell #109)
P.O.Box 5102
Delano, Ca, 93216

Confidential Legal Mail

SVW

ATTN: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
US COURTHOUSE - 312 N. SPRING ST.
LA, CA, 90012

